# EXHIBIT F.3



## Gross Reservoir Expansion Project

## MEETING AGENDA & MINUTES

| | | | |
|---|---|---|---|
| **Meeting Title:** | Boulder County and Denver Water Traffic/Infrastructure Coordination Meeting | **Date/Time:** | 01/27/2021 2 p.m. |
| **Prepared By:** | M. Brasfield, A. Denault | **Location:** | Online - Teams |
| **Reviewed By:** | Denver Water, CDOT, Boulder County | **Project #/File #:** | Docket SI-20-0003 1041 Permit Application for GRE Project |

**Meeting Summary:**
Colorado Department of Transportation (CDOT) and Boulder County Planning and Permitting staff met with Denver Water, Stantec and Black & Veatch staff to discuss traffic infrastructure planning and permitting for the Gross Reservoir Expansion (GRE) Project and to address comments raised in Denver Water's 1041 permit application to the County for the GRE Project. The meeting covered roadways, design packages, property-related matters, the traffic management plan, utility relocations, quarry development permitting, grading permitting, and Denver Water's anticipated project schedule.

| Team Members in Attendance ||
|---|---|
| Travis Bray – Denver Water | Mike Thomas – Boulder County |
| Ashley Denault – Denver Water | Conrad Lattes – Boulder County |
| Doug Raitt – Denver Water | Amelia Willits – Boulder County |
| Melissa Brasfield – Denver Water | Bob Kiepe – Boulder County |
| Chris Pacheco - Stantec | Erica Rogers – Boulder County |
| Jarrod Smith – Black & Veatch | Rick Solomon – CDOT |

**Action Items:**
- *CDOT (Rick Solomon Kevin Brown) will identify what is available and share design information from the recently completed drainage project in the area of the intersection improvements.*
- *Denver Water will convey to Denver Water's property team the County's note that they would like easements conveyed to the County as permanent easements..*
- *Denver Water will send the PowerPoint and notes to meeting attendees.*

**Notes:**

**Roadways in the Vicinity**
- Doug noted construction access is mostly on the east side, Gross Dam Road and SH 72. Currently, trucks are using Crescent Park Drive because of the geometry of the Gross Dam Road/SH 72 intersection.

**Work Packages**
- Design packages were presented. Doug noted Denver Water is interested in working with the County and would like to understand where the building department would like to be involved.
- Mike asked whether there were plans to do any work on Crescent Park Drive. Doug noted there are no current plans. Denver Water may add a stop sign at the t-intersection.

**Regulatory Agencies and Departments**
- Doug provided an overview of the number of regulatory agencies and departments that touch this project.
- Reports will be tailored to specific questions/interests/scopes of each of the requesting agencies.

**Traffic Management Plan Development and Agency Input Approach**
- Doug discussed the current challenges with the Gross Dam Road/SH 72 intersection. Vehicles with a long wheelbase have difficulty making the turn onto Gross Dam Road because of the current geometry of the road. The proposed intersection will allow for improved sightlines and will improve safety.
- Ultimately, the property easements Denver Water acquires for Gross Dam Road will be turned over to Boulder County.
- Doug also noted that the elevation of intersection is dropping 8-9' lower, which requires utility relocation.
- Because of critical path timelines, Denver Water asked if it would be possible to advance design of the intersection during the 1041 permitting process.
- Rick asked whether the FIR on the intersection was shared in October or if it was internal.
  - Doug responded there was no endorsed access permit, so it was not official with CDOT to review the FIR. Boulder County and Denver Water will need to come to an agreement to either endorse the permit or allow Denver Water to act as an agent, as CDOT will not review until access permit issues are resolved.
- Rick noted what was shown on screen at the meeting is generally the correct configuration CDOT would endorse but recommend Denver Water continue the paving through the United Power access road to the mailboxes at the end of Gross Dam Road.
  - Doug noted that Denver Water has talked with United Power about this and paving to their property.
  - Denver Water can address this in the FOR or in the current plan sets.
- Rick pointed out CDOT will not want dirt tracked onto the highway, and the sooner pavement gets set down the better.
  - Doug said sweeping operations will be part of the Traffic Management Plan and that street sweeping is a Boulder County requirement. Denver Water would expect to have a street sweeper on the contractor traffic control team doing at least daily patrols and sweeping.
- Doug noted the path to approval of roadway design plans is currently tied to the 1041 permit process, that Denver Water would like these improvements to be the first order of business.
- Chris said Denver Water/Stantec is hoping CDOT can share some of the design information from the recently completed drainage project in that area.
  - Rick noted this is a Kevin Brown question. Not sure about the hydraulic report. CDOT can share what they have available; Rick will work with Doug to see what is available.

BLACK & VEATCH

**Property – Gross Dam Road**
- Doug provided an overview of property requirements at the intersection and along Gross Dam Road, noted Denver Water is having conversations with impacted property owners. Gross Dam Road is currently located in a permanent easement on individual parcels.
- Mike noted that work north of the railroad tracks falls into a grading permit and commented that it would be important that Boulder County obtain permanent easements as perpetual temporary easements won't work. Mike also noted the County prefers fee rights of way, but easements would work as well.

**Traffic Management Approach**
- Denver Water will develop a Traffic Management Plan to be reviewed by all jurisdictions who have an interest before it is finalized and will use each agency's required/preferred template. However, the Traffic Management Plan requires dam design at a certain point to allow refinement of required material quantities, as well as a more precise schedule of work. Currently, we are planning for 90% design release in March.
- Rick asked if the SH 72 and SH 93 staging area will be designed by a contractor different than Stantec.
    - Doug responded that is correct and that there is not currently an agreement in place but it is being developed.
- Rick also asked if the timing of this would be different than the intersection.
    - Doug noted Denver Water would like to have improvements completed by the end of 2022.

**Traffic Control Plan**
- Doug provided an overview of the Traffic Control Plan and commented on Denver Water coordination across agencies and commitment to keeping lines of communications open for traffic control, incident management, and enforcement.
- Mike note Bob Kieper and his supervisor will want to be a part of that discussion.
- Doug also noted Denver Water is planning for maintenance during construction and will want to get more details from the County on the expectations.

**Utility Relations**
- Doug highlighted needed utility relocations (CenturyLink, Xcel, United Power) and that Denver Water will coordinate with these parties. The relocations will be a phased approach.
- Mike asked if Stantec is putting together a subsurface engineering plan.
    - Chris noted they are.

**Quarry**
- Doug discussed the on-site quarry, which will be the source of aggregate for concrete produced onsite. There will be about 850,000 cu yd of concrete in dam and about 750,000 cu yd production rock.
- Denver Water is under the impression this will likely be a subset permit process in the larger grading permit but aren't sure how to navigate that.
    - Mike noted Summer Frederick (Boulder County Planning Department) would be the best person to ask and would likely be happy to discuss, although she may prefer to discuss after 1041 permit application responses are submitted.

**Roadway and Grading Permits**
- Doug noted there were a lot of comments and observations in the 1041 comments from referral agencies on this topic and acknowledged there was a lot of older data in the 60% report. He also noted 2020 traffic patterns were very different. Doug has asked Chris to update the Traffic Impact Analysis.

**BLACK & VEATCH**

- Chris discussed his approach which will include using anecdotal data from Denver Water caretakers and recreation staff to inform the next phase. Stantec is looking at getting traffic counters in the spring. The goal is to finish before the FIR processes are in place. Chris also noted they are incorporating feedback from Boulder County or CDOT on the plan development.
- Doug commented that the Traffic Management Plan also has elements that tie to the Recreation Management Plan.

BLACK & VEATCH



# Gross Reservoir Expansion Project – Traffic and Infrastructure

Jan. 27, 2021



# Safety Moment – PPE Required When Visiting Construction Sites

Personal Protective Equipment – per OSHA

When engineering, work practice, and administrative controls are not feasible or do not provide sufficient protection, employers must provide personal protective equipment to their workers and ensure its proper use.

Employers are also required to train each worker required to use personal protective equipment to know:

- When it is necessary

- What kind is necessary

- How to properly put it on, adjust, wear and take it off

- The limitations of the equipment

- Proper care, maintenance, useful life, and disposal of the equipment





# Purpose of Meeting

Help Denver Water Respond to 1041 Permit Application Comments

What is important to you?

What we have heard

- Traffic and disruption during construction concerns
- Environmental impact concerns

Let us know if you have a question

- Drop them in the chat
- Use the "Raise Hand" function

We will go topic by topic with time for discussion between each



## Agenda

Subject - Traffic and Infrastructure

- Public roads in Gross Reservoir Expansion area of influence
- Design packages and areas included in respective packages
- Identification of regulatory agencies and areas of interest
- Property related matters
- Traffic Management Plan development and agency input approach
- Utility relocations
- Quarry development permitting
- Grading permit application scope and process
- Schedule



# Scope of Gross Reservoir Expansion

- Initial phase completed in 1954

- Designed with expansion in mind

- Increase storage by 72,000 AF

- Raise height 131 feet

- Doubling surface area

- 1,940-foot-long crest at completion

- 7,406 spillway elevation at completion





# Highways and Roadways in Gross Reservoir Vicinity

State Highways
- State Highway 72 Coal Creek Canyon Drive
- State Highway 93
- State Highway 119

Boulder County
- CR 77S – Gross Dam Road
- CR 77 – Flagstaff Road
- CR 97
- CR 97E Lazy Z Road
- CR 132 Magnolia Dr

Jefferson County
- Crescent Park Drive





# Design Packages and Publication Dates

- WP 2A Gross Dam Road – 90% Q1 2021

- WP 2B Miramonte Access Trail – 90% Q1 2021

- WP 2C On Site Roadways, Haul Roads, Pads and Quarry – 60% Q1 2021

- WP 3 Dam – 90% Q1 2021

- WP 4 SH72 and Gross Dam Road - FIR Q4 2020

- WP 5 – Reservoir Tree Clearing - 60% Q1 2022

- WP 6 – Permanent Recreation – 60% Q1 2022

- WP 7 – SH 72/93 Staging Area – 60% Q2 2021







# Regulatory Agencies and Departments

U.S Army Corps of Engineers (Corps)

Federal Energy Regulatory Commission (FERC)

State Engineers Office (SEO)

Boulder County

- Community Planning and Permitting

- Public Works

- Building Safety and Inspection Services

CDOT

- Region 1

- Region 4

US Forest Service

CDPHE














# Federal Energy Regulatory Commission Order 2035-099

FERC Order issued July 16, 2020

Major Plans Required by the FERC in 2021:

- Tree Removal Plan

- Aquatic Invasive Species/Noxious Weed Plan

- Recreation Management and Monitoring Plan

- Traffic Management Plan

- Quarry Development and Reclamation Plan

- Archaeological Plan and Historic American Engineering Record (HAER) documentation

Plan submission to the FERC required by July 16, 2021 with jurisdiction comments and responses

Construction start required by July 16, 2022

Dam Completion required by July 16, 2027

---

172 FERC ¶ 61,063
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Before Commissioners:  Neil Chatterjee, Chairman;
Richard Glick, Bernard L. McNamee,
and James P. Danly.

City and County of Denver, Colorado          Project No. 2035-099

ORDER AMENDING LICENSE AND EXTENDING LICENSE TERM

(Issued July 16, 2020)

1.       On November 25, 2016, as supplemented on March 24, 2017, the City and County of Denver, Colorado, acting by and through its Board of Water Commissioners (Denver Water or licensee),[1] filed an application to amend its license for the Gross Reservoir Hydroelectric Project No. 2035 (Gross Reservoir Project or project) to raise the project's dam and enlarge the project's reservoir.  Denver Water also proposes to delete and amend certain license articles and to extend the license term by 10 years.  The project is located on South Boulder Creek in Boulder County, Colorado and occupies land within the Roosevelt National Forest administered by the U.S. Forest Service (Forest Service).  As discussed below, this order approves the proposed amendment with certain revisions and extends the license term as requested by Denver Water.

I.       **Background**

2.       On March 16, 2001, the Commission issued a new license to Denver Water to operate and maintain the Gross Reservoir Project for a period of 40 years, and to construct a powerhouse with an installed capacity of five megawatts (MW).[2]  On October 1, 2004, the Commission issued an order amending license to authorize an increase in installed capacity to 7.598 MW and a new powerhouse design.[3]

---

[1] Denver Water is a municipal corporation that provides water to the City and County of Denver, Colorado, and surrounding suburbs.

[2] *City and County of Denver, Colorado*, 94 FERC ¶ 61,313, *on reh'g*, 95 FERC ¶ 61,222 (2001) (2001 License Order).

[3] *City and County of Denver, Colorado*, 109 FERC ¶ 62,002 (2004).

DENVER WATER

# Boulder County 1041 Permit



Boulder County referral sent – deadline of Oct. 14

Boulder County referral extension to Nov. 13

Boulder County referral extension to Dec. 17

(Expected) Boulder County received Denver Water responses

(Expected) Planning Commissioner Hearing

(Expected) County Commissioner Hearing

Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | March | April | May | June | July | Aug.

Denver Water submitted 1041 Application to Boulder County

Denver Water received comments and begins analysis

Denver Water requests extension until Feb. 19

GROSS RESERVOIR EXPANSION PROJECT

Denver Water's Gross Reservoir Expansion Project

Areas and Activities of State Interest (1041) Permit Application



## Discussion

Before we move onto the next topics

- Public roads in Gross Reservoir Expansion area of influence
- Design packages and areas included in respective packages
- Identification of regulatory agencies and areas of interest
- Property related matters
- Traffic Management Plan development and agency input approach
- Utility relocations
- Quarry development permitting
- Grading permit application scope and process
- Schedule



# SH 72 and Gross Dam Road Intersection

- Current SH 72 and Gross Dam Road Intersection has substandard geometry

- Drainage improvement by CDOT Dec 2020

- Long wheelbase vehicles (trucks) have difficulty making W/B SH 72 to E/B Gross Dam Road Movement



New Culvert at Gross Dam Road



Truck Route to Gross Dam via Crescent Park Dr
(Current conditions)



W/B Existing In (WB 50) 10 mph
(Current conditions)



# SH 72 and Gross Dam Road Intersection

New Intersection Geometry Proposed for Improved Safety

- Improved sight lines

- Improved turn radius allows safe truck movements on/off SH 72

- CDOT Access Permit endorsed by Boulder County required

- Property acquisition and easements required

- Planned for early construction in 2022



New Intersection Alignment SH 72 and Gross Dam Road



# Property – Gross Dam Road

Property requirements

- Boulder County has a permanent easement for Gross Dam Road (GDR) on parcels between SH 72 and the UPRR Track

- Many sections are substandard for 2-way truck traffic

- Denver Water requires additional temporary easements for proposed widenings of GDR

- Roadway widening geometry concurrence with Boulder County required before easement acquisition

- Easement process can take 9 months



Existing roadway configuration would require traffic control to ensure safe vehicle passage and likely cause travel delays.



Improved roadway configuration would allow for two way vehicle traffic, both haul trucks and passenger vehicles, to safely pass.



# Discussion

Before we move onto the next topics

- Public roads in Gross Reservoir Expansion area of influence
- Design packages and areas included in respective packages
- Identification of regulatory agencies and areas of interest
- Property related matters
- Traffic Management Plan development and agency input approach
- Utility relocations
- Quarry development permitting
- Grading permit application scope and process
- Schedule



# Traffic Management Approach

Denver Water will develop a Traffic Management Plan for the Gross Reservoir Expansion Project for review by Boulder County, Jefferson County, CDOT, the FERC, the SEO and any other agencies that have an interest in the subject.

The Traffic Management Plan incorporates inputs from the design and cost estimating process that identifies the necessary resources; labor, equipment and materials necessary to complete the work.

The project schedule that is developed concurrently identifies time frames when resources are utilized and their corresponding transport is required.

The Traffic Management Plan will generally follow the Boulder County template for the approach to minimize disruption to affected stakeholders.



# Traffic Management Examples

## SH 72 and SH 93 Staging Area

- Develop a parking and truck staging area on Denver Water property

- Use for employee ride sharing to site

- Utilize for busing employees during dam construction

- Stage material deliveries for synchronized delivery

- Avoid school bus time windows







# Traffic Control Plan Elements

Work Zones
- SH 72 – CDOT Access Permit with conditions
- Gross Dam Road – Boulder County Roadway Construction Permit with conditions
    - Boulder County maintained section
    - Denver Water maintained section
- Temporary Traffic Control/Devices – Provided and maintained per approved MHT
- Traffic Control provided by contractor – point of contact and communications tree to be developed
- Coordination to be provided with CDOT and Boulder County Operations
- Corridor/Network Management Strategies - Use of Website for Updates Planned
- Work Zone Safety Management Strategies – Variable Message Signing Employed
- Traffic/Incident Management and Enforcement Strategies
- Public Information and Outreach
- Public Awareness Strategies
- Motorist Information Strategies







# Utility Relocations

- CenturyLink relocation at Gross Dam Road and SH 72

- Xcel Gas Line relocation at Gross Dam Road and SH 72

- United Power power line pole relocation on Gross Dam Road

- Various CenturyLink communication line lowerings required on Gross Dam Road



CenturyLink Relocation at SH 72 and Gross Dam Road



## Discussion

Before we move onto the next topics
- Public roads in Gross Reservoir Expansion area of influence
- Design packages and areas included in respective packages
- Identification of regulatory agencies and areas of interest
- Property related matters
- Traffic Management Plan development and agency input approach
- Utility relocations
- Quarry development permitting
- Grading permit application scope and process
- Schedule



# Quarry Permitting

Aggregate quarry for on-site batched concrete

- Located on Denver Water property

- Located at Osprey Point boat ramp

- Development and reclamation plan to be published May 2021

- US Forest Service review to be provided

- Boulder County grading permit application includes this area

- FERC review will be initiated by July 2021







# Roadway Construction and Grading Permits

Boulder County Requirements

- Field Initial Review (FIR) documents provided October 16, 2020 with draft Access Permit and 60% Traffic Control Report

- Recreation traffic needs further review.

  - Stantec will evaluate further based on 2020 season and early 2021 recreation visits.

  - Progressive update of traffic around Gross Reservoir to be incorporated in an evolving Traffic Management Plan.

- 1041 Permit Clearance required by Boulder County for design review.

CDOT requirements

- FIR documents have had an unofficial review. Boulder County approval required for formal examination.

- Updated Traffic Impact Analysis required.

- Final Office Review (FOR) documents and Boulder County approval of Access Permit required to allow construction authorization.



# Discussion

Before we move onto the next topics

- Public roads in Gross Reservoir Expansion area of influence
- Design packages and areas included in respective packages
- Identification of regulatory agencies and areas of interest
- Property related matters
- Traffic Management Plan development and agency input approach
- Utility relocations
- Quarry development permitting
- Grading permit application scope and process
- Schedule



# Schedule

- Develop Access and Support Facilities, Initial Tree Clearing, Surface Prep of Dam – 2022

- Foundation Excavation and Grouting – 2023

- Stilling Basin and Dam Raise – 2024 thru 2026

- Reservoir Tree Clearing – 2025-2026

- Dam Bridge, Crest, HPU Building, Reclamation, Demobilization - 2027

**Anticipated Project Timeline**

| Activity | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Site Mobilization | ■ | | | | | | |
| Dam surface preparation, Materials Lab, early site grading for temporary facilities | ■ | | | | | | |
| Public access to South Shore closed (North Shore open throughout construction) | ■ | ■ | ■ | ■ | ■ | ■ | |
| Install temporary recreation facilities, public road improvements, site development | ■ | ■ | | | | | |
| Quarrying operations | | ■ | ■ | ■ | | | |
| Dam foundation excavation, grouting, plant setup | | ■ | ■ | | | | |
| Dam raise activities - materials trucking | | | ■ | ■ | ■ | ■ | |
| Forestry activities/tree clearing | | ■ | | | ■ | ■ | |
| First fill | | | | | | | ■ |

Presently, Denver Water anticipates Year 1 to begin in 2022. Updated 8/2020



# Future Discussion Topics

- Facilities Planning                          2/3/21 at 2 p.m.
- Tree Removal and Haul Routes Planning      2/10/21 at 2 p.m.

# Discussion