# EXHIBIT I



# Community Planning & Permitting

Courthouse Annex • 2045 13th Street • Boulder, Colorado  80302 • Tel: 303.441.3930
**Mailing Address:** P.O. Box 471 • Boulder, Colorado 80306 • www.bouldercounty.org

June 1, 2021

To: Denver Water
From: Summer Frederick, AICP – Planning Division Manager
Re: Docket SI-20-0003: Gross Reservoir & Dam Expansion

Per Article 8-508.C.12 of the Boulder County Land Use Code, the Community Planning & Permitting (formerly Land Use) staff is charged with reviewing application materials required in Article 8-507 for compliance with the Comprehensive Plan, purpose and intent of Article 8, criteria found in Article 8-511, sound planning, and comments from referral agencies and individuals. Community Planning & Permitting (CP&P) staff appreciates Denver Water's submittal of additional information in the form of a cover letter, the draft Quarry Operations and Reclamation Plan, the draft Recreation Management and Monitoring Plans, the Tree Removal Plan, the Traffic Management Plan, the 90% road improvement drawings, as well as the Visualization graphics, and GRE Special Status Species of Special Concern. However, staff finds that the submitted materials again do not adequately address comments or provide adequate information as was requested, nor do they provide adequate information for staff to complete a thorough and complete review.

Attached referral agency response letters cite continued concerns related to submitted materials and highlight continued gaps in required information. Examples of insufficient information include, but *are not limited to* the lack of:

- specific haul routes for a significant amount of truck traffic associated with various aspects of the proposed work (e.g., routes associated with tree removal work);
- proposed mitigation measures provided or proposed for anticipated traffic associated with future recreation plans;
- proposed alternate routes for required detours to be put in place during various phases of construction;
- comprehensive viewshed analysis (i.e., comparative visualizations between current and proposed dam construction and water levels); and
- analysis of potential negative impacts of remaining vegetation left after tree removal that will decompose after flooding;

Continuing concerns have been raised related to:
- lack of proposed concrete measures to be implemented that might reduce the number of single-occupancy vehicle trips generated by workforce commuting patterns;
- lack of re-examination of potential impacts to Preble's Meadow Jumping Mouse, despite Boulder County's recent captures of Preble's on the Walker Ranch property;
- potential future siltation and erosion resulting from proposed quarry operations and lack of proposed mitigation measures;
- minimal commitments related to traffic impacts such as excessive dust and noise;
- that a significant amount of provided data is anywhere from 20+ to 10 years old; and
- incomplete and outdated information related to potential and anticipated impacts to area groundwater

**Matt Jones**  *County Commissioner*      **Claire Levy**  *County Commissioner*      **Marta Loachamin**  *County Commissioner*

Under Article 8-508.D. 2.d., the Director must decide whether to base the Community Planning & Permitting recommendation on review of the file as it exists, or reject the application as a result of the failure to provide information necessary to its proper review. Please specify whether Denver Water intends to provide additional materials to address the lack of information identified in previous referral agency responses, specified above, and in accompanying referral agency responses. If Denver Water indicates it intends to provide additional information, staff will continue to consider the application incomplete until such time as Denver Water submits additional materials and staff has the opportunity to review the materials. If Denver Water indicates that it will not submit additional material, the Director will make a final determination about how County staff will proceed under Article 8-508.D.2.d.