# EXHIBIT K



# Community Planning & Permitting

Courthouse Annex • 2045 13th Street • Boulder, Colorado  80302 • Tel: 303.441.3930
**Mailing Address:** P.O. Box 471 • Boulder, Colorado 80306 • www.bouldercounty.org

June 29, 2021

Jeff Martin
Denver Water
Via email: Jeff.Martin@denverwater.org

Dear Mr. Martin:

Your letter dated June 21, 2021, states that Denver Water does not intend to submit any additional materials in support of its 1041 Permit Application, Docket SI-20-003. Under Boulder County Land Use Code 8-508(D)(2)(d), I find that Denver Water failed to supply satisfactory responses to the referral agencies' response letters and the public comments transmitted by Summer Fredrick via email on June 8, 2021. Accordingly, Community Planning & Permitting staff will base its staff recommendation on review of the file as it exists. Under Article 8-511(A) of the Code, Denver Water must satisfactorily demonstrate that the proposal complies with all applicable criteria. Should staff find that Denver Water failed to submit material demonstrating that it complies with applicable criteria, staff may find that the criteria have not been met.

This docket will be set for a series of public hearings before the Planning Commission in August 2021 and before the Board of County Commissioners in September 2021. A press release will be issued with specific public hearing dates and times as soon as they have been confirmed.

Staff will issue a recommendation to the Planning Commission one week prior to the first Planning Commission public hearing.

Sincerely,
Dale Case
Director

**Matt Jones**  County Commissioner      **Claire Levy**  County Commissioner      **Marta Loachamin**  County Commissioner

DCACTIVE-62106310.1