IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| City and County of Denver, Acting by and through its Board of Water Commissioners, a municipal corporation of the State of Colorado<br><br>　　　　Plaintiff,<br><br>v.<br><br>Boulder County, Acting by and through its Board of County Commissioners, a body corporate and politic of the State of Colorado, and Matt Jones, Claire Levy, and Marta Loachamin, Commissioners<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:21-cv-01907<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF RELATED ACTIONS

Pursuant to Local Rule 3.2, Plaintiff City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water"), notifies this Court that *Save the Colorado v. Spellmon*, No. 21-1155 (10th Cir.), currently on appeal after a final judgment of dismissal was entered by Judge Arguello of this Court under the caption *Save the Colorado v. Semonite*, No. 18-03258-CMA, is a related case as that term is defined in Local Rule 3.2. Denver Water is a party to both cases, and two of the plaintiffs in *Save the Colorado* (Save the Colorado and The Environmental Group) are parties to Defendant Boulder County's "1041" permit process, which is at issue in this preemption case. Furthermore, this case and *Save the Colorado* center on common facts—Denver Water's Gross Reservoir Expansion Project and the Federal Energy Regulatory Commission ("FERC") order authorizing that project—and common legal issues, including FERC's authority over the Expansion Project under the Federal Power Act.

Respectfully submitted,

/s/ Amanda Shafer Berman
Amanda Shafer Berman
David Y. Chung
Elizabeth B. Dawson
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Phone: (202) 688-3451
E-Mail: aberman@crowell.com

Jessica R. Brody
Nicholas A. DiMascio
Denver Water
Office of the General Counsel
1600 W. 12th Ave
Denver, CO 80204
Phone: (303) 628-6460
*jessica.brody@denverwater.org*
*nick.dimascio@denverwater.org*

Attorneys for Plaintiff