IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01907-KLM

CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS,
 a municipal corporation of the State of Colorado,

     Plaintiff,

v.

BOULDER COUNTY, ACTING BY AND THROUGH ITS BOARD OF COUNTY COMMISSIONERS, a body corporate and politic of the State of Colorado, and MATT JONES, CLAIRE LEVY, AND MARTA LOACHAMIN, in their official capacity as Commissioners.
     Defendants.

**CONSENT MOTION TO HOLD SCHEDULING CONFERENCE AND
CASE MANAGEMENT DEADLINES IN ABEYANCE**

     Plaintiff City and County of Denver, acting by and through its Board of Water Commissioners ("Denver Water"), moves pursuant to Fed. R. Civ. P. 16(b) to hold the scheduling conference and case management deadlines set forth in this Court's August 5, 2021 Order in abeyance. Undersigned counsel conferred with counsel for Defendants, who conveyed that Defendants consent to this motion, the reasons for which are as follows.

     1.     On August 5, 2021, this Court issued an order scheduling an initial conference for September 22, 2021 in this case.  That Order also requires the parties to submit a proposed scheduling order by September 15, and to hold a Rule 26(f) conference by August 25.

     2.     On August 10, 2021, Defendants filed a motion to dismiss in lieu of an answer. Denver Water's response to that motion is currently due August 31, 2021, with Defendants'

reply due 14 days later under the local rules.[1]

3. Counsel for the parties conferred and agreed that it would conserve resources and be more efficient to submit a proposed scheduling order addressing the path forward in this case, and then hold a scheduling conference if needed, after this Court has ruled on Defendants' pending motion to dismiss. The timing and substance of the Court's resolution of that Motion will impact whether and on what schedule the case should proceed thereafter.

## CONCLUSION

Denver Water therefore respectfully requests that this Court enter an order holding all upcoming scheduling conference and case management deadlines in abeyance until after the Court has ruled on the pending motion to dismiss.

Dated: August 19, 2021

>
> Respectfully submitted,
> */s/ Amanda Shafer Berman*
> Amanda Shafer Berman
> Elizabeth B. Dawson
> CROWELL & MORING LLP
> 1001 Pennsylvania Ave, NW
> Washington, DC 20004
> Phone: (2020) 624-2500
> *aberman@crowell.com*
> *edawson@crowell.com*
>
> Jessica R. Brody
> Nicholas A. DiMascio
> Denver Water

---

[1] Counsel for "Save the Colorado" and "The Environmental Group" contacted the parties on August 18 to inform them that Save the Colorado and The Environmental Group will seek to intervene in this suit and, if permitted to do so, intend to file a second motion to dismiss in lieu of their answer. If Save the Colorado and The Environmental Group are granted intervention, that accordingly may result in the extension of Rule 12(b) briefing. But in any event, it will be most efficient for all parties to this case and the Court to address the scheduling and other issues raised by the Court's October 5 Order and FRCP 26(f) after the resolution of all dispositive motions.

Office of the General Counsel
1600 W. 12th Ave
Denver, CO 80204
Phone: (303) 628-6460
*jessica.brody@denverwater.org*
*nick.dimascio@denverwater.org*

*Attorneys for Plaintiff Board of Water Commissioners, d/b/a Denver Water*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021 I served a copy of the preceding motion on all Defendants by filing it on CM/ECF, which will provide electronic notice to the following counsel for the Defendants:

David Even Hughes
Boulder County
Deputy County Attorney
303.441.4976
dhughes@bouldercounty.org

/s/ Amanda Shafer Berman
Amanda Shafer Berman
CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
Phone: (202) 624-2500
aberman@crowell.com